**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021
```

REED,

                                   Plaintiffs,                      **20-CV-7584 (AJN) (KHP)**

                  -against-                                          **ORDER**


JOHNSON, Superintendent

                                   Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        Petitioner, currently incarcerated at the Greenhaven Correctional Facility, sought and

was granted a stay of his petition for a writ of habeas corpus to challenge his Bronx County

conviction.  (ECF Nos. 10, 11.)  Petitioner provided that he intended to file a New York Criminal

Procedure Law ("C.P.L.") § 440.10 motion for post-judgment relief in Bronx Supreme Court,

which he was in the process of completing when the COVID-19 pandemic broke out.  New York

state courts stopped accepting motions for a significant duration, and restrictions were put in

place within prisons to minimize prisoner contact in light of the pandemic.  (*See* ECF No. 10.)

Petitioner was directed to submit a status letter by July 30, 2021 informing the Court of the

status of the 440 motion.  The Court orders the Petitioner to provide a status letter by Friday,

August 13, 2021.

        **The Clerk of Court is kindly requested to mail this order to the Plaintiff.**

        **SO ORDERED.**

DATED:     New York, New York
           August 3, 2021

KATHARINE H. PARKER
United States Magistrate Judge