UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

REED,

                                     Plaintiffs,

            -against-

JOHNSON, Superintendent

                                     Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021

**20-CV-7584 (AJN) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Petitioner, currently incarcerated at the Greenhaven Correctional Facility, sought and was granted a stay of his petition for a writ of habeas corpus to challenge his Bronx County conviction. (ECF Nos. 10, 11.) Petitioner indicated that he intended to file a New York Criminal Procedure Law ("C.P.L.") § 440.10 motion for post-judgment relief in Bronx Supreme Court, which he was in the process of completing when the COVID-19 pandemic broke out. New York state courts stopped accepting motions for a significant duration, and restrictions were put in place within prisons to minimize prisoner contact in light of the pandemic. (*See* ECF No. 10.) Petitioner was directed to submit a status letter by November 30, 2021 informing the Court of the status of the 440 motion. The Court orders the Petitioner to provide a status letter by Friday, January 7, 2022.

      **The Clerk of Court is kindly requested to mail this order to the Plaintiff.**

      **SO ORDERED.**

DATED:    New York, New York
                December 7, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge