USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REED,

                        Plaintiffs,                      20-CV-7584 (AJN) (KHP)

    -against-                                **ORDER**

JOHNSON, Superintendent

                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Petitioner, currently incarcerated at the Greenhaven Correctional Facility, sought and was granted a stay of his petition for a writ of habeas corpus to challenge his Bronx County conviction. (ECF Nos. 10, 11.) Petitioner provided that he intended to file a New York Criminal Procedure Law ("C.P.L.") § 440.10 motion for post-judgment relief in Bronx Supreme Court, which he was in the process of completing when the COVID-19 pandemic broke out. The Court is in receipt of a letter from Petitioner updating the court that the motion is still incomplete and his new court appointed lawyer is reviewing his case and is yet to draft the motion. Accordingly, the Petitioner is directed to submit a status letter by July 29, 2022 informing the Court of the status of the 440 motion.

      **The Clerk of Court is kindly requested to mail this order to the Plaintiff.**

      SO ORDERED.

DATED:    New York, New York
               March 16, 2022

*Katharine H Parker*

                                      KATHARINE H. PARKER  
                                      United States Magistrate Judge