```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER REED,

                      Petitioner,

    -against-

J. JOHNSON, Superintendent

                      Respondent.

-----------------------------------------------------------------X

20-CV-7584 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    Petitioner, currently incarcerated at Sing Sing Correctional Facility, sought and was granted a stay of his petition for a writ of habeas corpus to challenge his Bronx County conviction. (ECF Nos. 10, 11.) Petitioner filed a New York Criminal Procedure Law ("C.P.L.") § 440.10 motion for post-judgment relief in Bronx Supreme Court. Petitioner filed a status letter with the Court on May 10, 2024 regarding the status of the 440 motion. (ECF No. 49.) The Petitioner is directed to submit another status letter by **August 5, 2024** informing the Court of the status of the 440 motion.

    **The Clerk of Court is kindly requested to mail this order to Petitioner.**

    SO ORDERED.

DATED:    New York, New York
               July 11, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge