UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER REED,

                Petitioner,

-against-

J. JOHNSON, Superintendent

                Respondent.

-----------------------------------------------------------------X

20-CV-7584 (AJN) (KHP)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 11/14/2024

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Petitioner, currently incarcerated at Sing Sing Correctional Facility, sought and was granted a stay of his petition for a writ of habeas corpus to challenge his Bronx County conviction. (ECF Nos. 10, 11.) Petitioner filed a New York Criminal Procedure Law ("C.P.L.") § 440.10 motion for post-judgment relief in Bronx Supreme Court. By **Wednesday, November 27, 2024**, Respondent shall file a letter on the docket, updating the Court on the status of Petitioner's 440.10 motion.

      <u>The Clerk of Court is kindly requested to mail this order to Petitioner.</u>

      SO ORDERED.

DATED:    New York, New York
               November 14, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge