**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

CHRISTOPHER REED,

                                    Petitioner,                           **20-CV-7584 (AJN) (KHP)**

                    -against-                                                  **ORDER**

J. JOHNSON, Superintendent

                                    Respondent.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of the parties' status letters regarding Petitioner's 440.10 motion.

(ECF Nos. 57-58.)  The Court thanks the parties for this update. The parties shall file another

status letter by **May 2, 2025**, updating the Court on the status of Petitioner's 440.10 motion in

state court.

        **The Clerk of Court is kindly requested to mail this order to Petitioner.**

        **SO ORDERED.**

DATED:     New York, New York
               February 3, 2025

                                                            _Katharine H Parker_
                                                            _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/3/2025