**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CHRISTOPHER REED,

                                   Petitioner,                    **20-CV-7584 (JLR) (KHP)**

          -against-                                          **ORDER**

J. JOHNSON, Superintendent,

                                   Respondent.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Petitioner, currently incarcerated at the Sing Sing Correctional Facility, initiated this action as a petition for writ of habeas corpus.  On October 20, 2020, this Court granted a stay and held his petition in abeyance pending the outcome of Petitioner's efforts to exhaust state law remedies.  Petitioner, *pro se*, apparently filed his motion under the New York Criminal Procedure Law § 440.10 in March 2021. (ECF No. 15.)  The state court received the motion and appointed counsel to aid Petitioner with his motion. (ECF Nos. 17, 20, 23, 25, 27, 34, 36.)  The current attorney believed to be representing him in state court is Ms. Danielle Von Lehman. (ECF Nos. 38, 66.)  This Court has continued requesting (and timely receiving) status updates regarding the motion, but there has been no action taken in the state court on the motion.

      The Court noted in March 2023 that it was not inclined to continue to hold this action in abeyance. (ECF No. 35.)  Nevertheless, the Court did so as the parties have remained diligent in providing updates on the state court proceeding.

It is now September 2025.  The Court cannot countenance indefinite delays in this action.  Counsel to petitioner in the state court action, Ms. Von Lehman, is therefore directed to submit a letter in this Court regarding the status of the § 440.10 motion in the state court proceeding by **September 30, 2025**.  That letter should include a report on the status of the state court proceeding and the cause of the delays, as well as on what date counsel will move to reopen the state court proceeding and file any appropriate supplemental briefing or motion under § 440.10.  Respondents in this action shall serve a copy of this order on Ms. Von Lehman by overnight mail on or before **September 10, 2025.**

    **The Clerk of Court is kindly requested to mail this order to the Petitioner.**

    **SO ORDERED.**

DATED:    New York, New York
          September 3, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

2