**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CHRISTOPHER REED,

                       Petitioner,                        **20-CV-7584 (JLR) (KHP)**

        -against-                                  **ORDER**

J. JOHNSON, Superintendent,

                       Respondent.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In this habeas action, the Court stayed the proceedings pending the outcome of Petitioner's CPL § 440.10 action in New York state court.  The parties were instructed to file updates by December 8, 2025, regarding whether the motion had been filed.  On December 5, 2025, the Court received an email attaching a letter (Appendix A to this Order) indicating that the motion had been filed.

Accordingly, per Petitioner's request, the Court extends the stay of this action.  The parties shall file a joint update on or before **February 9, 2026**, regarding the status of the motion in state court.

      **The Clerk of Court is kindly requested to mail this order to the Petitioner.**

      **SO ORDERED.**

DATED:    New York, New York
           December 9, 2025

                                     _Katharine H Parker_
                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge

# APPENDIX A

## LAW OFFICE OF DANIELLE VON LEHMAN

225 BROADWAY, SUITE 1803
NEW YORK, NY 10007
(347) 254-0831
DVLesq.ny@Gmail.com

December 5, 2025

**VIA ECF**
Honorable Katharine H. Parker
United Stated Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York NY 10007-1312

> **Re:**    *Christopher Reed v. Johnson*, Case No. 20-CV-7584 (JLR) (KHP)

Your Honor:

I, together with Matthew Christiana, represent Mr. Christopher Reed in the pending New York State post-conviction proceeding. Pursuant to Your Honor's Order dated October 9, 2025 (ECF 70), I write to advise the Court that Mr. Reed's CPL § 440.10 motion has been finalized and was filed in the Supreme Court, Bronx County, on December 5, 2025.

Accordingly, on behalf of Mr. Reed, we respectfully request an extension of the stay of proceedings in this matter pending the resolution of Mr. Reed's CPL § 440.10 litigation.

We remain available to provide any additional information the Court may require and appreciate the Court's attention to this matter.

Respectfully Submitted,

*/s/ Danielle Von Lehman*
Danielle Von Lehman, esq.