USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CHRISTOPHER REED,

Petitioner,

-against-

J. JOHNSON, Superintendent,

Respondent.

-----------------------------------------------------------------X

**20-CV-7584 (JLR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In this habeas action, the Court stayed the proceedings pending the outcome of Petitioner's CPL § 440.10 action in New York state court. The parties have filed updates indicating that Respondent's application for leave to appeal has been granted.

Accordingly, the Court extends the stay of this action. The parties shall file a joint update on or before **December 18, 2026**, regarding the status of the motion in state court.

**The Clerk of Court is kindly requested to mail this order to the Petitioner.**

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge